PROB 12C
(6/16)

Report Date: April 13, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 14, 2026**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Braiden Lane Widner                Case Number: 0980 2:22CR00059-TOR-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 30, 2024

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:      Prison - 38 months; TSR - 36        Type of Supervision: Supervised Release

Asst. U.S. Attorney:    U.S. Attorneys Office        Date Supervision Commenced: July 9, 2025

Defense Attorney:       Amy Rubin        Date Supervision Expires: July 8, 2028

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on March 18, 2026.

On July 9, 2025, a supervision intake was completed with Braiden Widner.  He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 10 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**:  It is alleged that Braiden Widner violated the terms of his supervised release by being in Possession of a Controlled Substance, in violation of RCW 69.50.4013.1A, on or about March 29, 2026. |
| | On March 29, 2026, Airway Heights police (AHP) responded to a call in which the client's wife reported an argument with Mr. Widner in which Mr. Widner had then stolen their vehicle.  Given their martial status, Mr. Widner could not be charged with taking their vehicle without permission.  During their argument, Mr. Widner allegedly broke a picture frame, which led to a charge of malicious mischief-domestic violence.   AHP attempted to |

Prob12C
**Re: Widner, Braiden Lane**
**April 13, 2026**
**Page 2**

locate Mr. Widner in response to this call in addition to his outstanding U.S. Marshals warrant.

Mr. Widner was reportedly posting pictures on social media of him in the vehicle with open liquor bottles. He eventually showed back up at his residence, in which AHP observed him park the car and exit the car. He was viably under the influence. The officer had noted that Mr. Widner wreaked of alcohol, and had blood shot watery eyes. He admitted to the officer that he just got back from a bar. He was also observed to have been "twitchy". The officer suspected he was also under the influence of a controlled substance. During a search of his person, AHP located suspected cocaine in his pocket.

Mr. Widner was ultimately booked into the Spokane County Jail and charged with Possession of a Controlled Substance, in violation of RCW 69.50.4013.1A, Malicious Mischief-Domestic Violence, in violation of RCW 9A.48.090.GM, Driving While Under the Influence, in violation of RCW 46.61.502 GM, and Operating a Motor Vehicle While License is Suspended, in violation of RCW 46.20.342(1)(C).

**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Braiden Widner violated the terms of his supervised release by being charged with Driving While Under the Influence, in violation of RCW 46.61.502 GM, on or about March 29, 2026.

See additional information provided in the supporting evidence of violation number 10.

**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Braiden Widner violated the terms of his supervised release by committing Malicious Mischief-Domestic Violence, in violation of RCW 9A.48.090.GM, on or about March 29, 2026.

See additional information provided in the supporting evidence of violation number 10.

**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Braiden Widner violated the terms of his supervised release by being charged with Driving Without a Valid Driver's License, in violation of RCW 46.20.342(1)(C), on or about March 29, 2026.

See additional information provided in the supporting evidence of violation number 10.

**Prob12C**
**Re: Widner, Braiden Lane**
**April 13, 2026**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/13/2026
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

April 14, 2026
_____
Date